IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

MARTHA SUSAN BURGE,                 *
                                    *
     Plaintiff,                     *
                                    *
vs.                                 *   CIVIL ACTION NO. 21-00033-B
                                    *
KILOLO KIJAKAZI,                    *
Acting Commissioner of Social       *
Security,                           *
                                    *
     Defendant.                     *

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff's claim for a period of disability and disability insurance benefits be **AFFIRMED.**

**DONE** this **30th** day of **September, 2022.**

                            /s/ SONJA F. BIVINS
                    UNITED STATES MAGISTRATE JUDGE